```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0103--CV (JKS)
           "ALLSTATE INS CO V JAMES A. BAILEY II ET AL"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 05/13/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance
                   TO DETERMINE INSURANCE COVERAGE
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 05/13/05 receipt # 00125704
         Trial by: Jury
```

Parties of Record:                                    Counsel of Record:

```
PLF 1.1            ALLSTATE INSURANCE CO              Alfred T. Clayton Jr
                                                      Bliss Wilkens et al
                                                      500 L Street, Suite 200
                                                      Anchorage, AK 99501
                                                      907-276-2999
                                                      FAX 907-276-2956

DEF 1.1            BAILEY, JAMES ALBERT II            Jonathon A. Katcher
                                                      Pope & Katcher
                                                      421 W. 1st Avenue, Suite 220
                                                      Anchorage, AK 99501
                                                      907-272-8577
                                                      FAX 907-274-8040

DEF 2.1            DIAS, GARY W.                      M.R. Spikes
                                                      1050 Plymouth Circle
                                                      Wasilla, AK 99656
                                                      907-373-5470
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0103--CV (JKS)
                      "ALLSTATE INS CO V JAMES A. BAILEY II ET AL"

                                  For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 05/13/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance
                   TO DETERMINE INSURANCE COVERAGE
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 05/13/05 receipt # 00125704
         Trial by: Jury


Document #   Filed       Docket text
─────────────────────────────────────────────────────────────────────────────────

    1 -  1   05/13/05    Complaint w/att exh filed; Summons issued.

    2 -  1   05/13/05    PLF 1 Corporate Disclosure Statement.

    3 -  1   05/25/05    PLF 1 Return of Service Executed re: DEF 1 on 5/18/05.

    4 -  1   07/14/05    JKS Minute Order re pltf to file proof of service re D2; & require
                         answer re D1. cc: cnsl

    5 -  1   07/26/05    PLF 1 Return of Service Executed re: DEF 2 on 7/21/05.

    6 -  1   08/03/05    DEF 1 Attorney Appearance of Jonathon A. Katcher.

    7 -  1   08/03/05    DEF 1 Jury Demand.

    8 -  1   08/03/05    DEF 1 Answer to Complaint.

    9 -  1   08/04/05    DEF 2 motion for admission pro hac vice of M.R. Spikes.

   10 -  1   08/04/05    DEF 2 motion to dismiss pltf's complaint for declaratory judgment.

    9 -  2   08/16/05    JKS Order granting motion for admission pro hac vice of M.R. Spikes
                         (9-1); effective upon pymt of the pro hac vice fee. cc: cnsl, M.R.
                         Spikes

   11 -  1   08/16/05    PLF 1 motion for summary judgment w/att exhs.

 NOTE -  1   08/19/05    Notation: M.R. Spikes non-res atty fee $150 pd. Receipt No. 00126418.

   12 -  1   08/23/05    PLF 1 opposition to DEF 2 motion to dismiss pltf's complaint for
                         declaratory judgment (10-1) w/att exhs.

   13 -  1   08/24/05    PLF 1 motion to accept Allstate's opposition to defendant Dias' motion
                         to dismiss filed one day late.

   14 -  1   08/29/05    JKS Order denying w/o prejudice motion to dismiss pltf's complaint for
                         declaratory judgment (10-1); denying w/o prejudice motion for summary
                         judgment (11-1); denyoing motion to accept Allstate's opposition to
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A05-0103--CV (JKS)
                             "ALLSTATE INS CO V JAMES A. BAILEY II ET AL"

                                       For all filing dates

Document #   Filed      Docket text
----------   --------   ----------
                        defendant Dias' motion to dismiss (13-1). cc: cnsl

   15 -  1   08/29/05   DEF 2 motion to place plf's mot for SJ in abeyance or in the alternative
                        rule 56(f) mot for continuance to respond to plf's mot for SJ.

   15 -  2   09/08/05   JKS Order denying motion to place plf's mot for SJ in abeyance or in the
                        alternative rule 56(f) for cont to respond to Allstate's mot for SJ
                        (15-1). cc: cnsl

   16 -  1   09/14/05   PLF 1 motion (renewed) for summary judgment w/att memo & exhs.

   17 -  1   09/23/05   JKS Minute Order re plf to require an answer or apply for default re DEF
                        2 due w/in 20 days. cc: cnsl

   18 -  1   09/23/05   DEF 2 opposition to PLF 1 motion (renewed) for summary judgment (16-1)
                        w/att exhs.

   19 -  1   09/23/05   DEF 2 Answer to Complaint.

   20 -  1   09/26/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

   21 -  1   09/29/05   PLF 1; DEF 1 Stipulation for ext of time to 10/17 to file oppo to plf's
                        renewed mot for SJ.

   21 -  2   09/30/05   JKS Order granting stipulation for ext of time to 10/17 to file oppo to
                        plf's renewed mot for SJ (21-1). cc: cnsl

   22 -  1   10/04/05   PLF 1 reply to opposition to PLF 1 motion (renewed) for summary judgment
                        (16-1).

   23 -  1   10/17/05   DEF 1 motion to dismiss w/att memo & exhs.

   23 -  2   10/17/05   DEF 1 motion to certify to the Alaska Supreme Court w/att memo & exh.

   23 -  3   10/17/05   DEF 1 opposition to PLF 1 motion (renewed) for summary judgment (16-1)
                        w/att memo & exhs.

   23 -  4   10/17/05   DEF 1 motion (cross) for summary judgment w/att memo & exh.

   24 -  1   10/17/05   DEF 1 Request for Oral Argument re: DEF 1 motion to dismiss (23-1), DEF
                        1 motion to certify to the Alaska Supreme Court (23-2), DEF 1 motion
                        (cross) for summary judgment (23-4).

   25 -  1   10/18/05   DEF 1 motion to supplement his memo in support of motion to dismiss,
                        etc. w/att supp.

   26 -  1   10/24/05   PLF 1 Stipulation & order for ext of time to 11/4 to file reply & oppo
                        to mot to dismiss, mot to certify & oppo/x-mot to renewed mot for SJ.

   27 -  1   10/24/05   PLF 1 Scheduling and Planning Conference Report.

   26 -  2   10/27/05   JWS Order granting stipulation & order for ext of time to 11/4/05 to
                        file reply & oppo to mot to dismiss, mot to certify & oppo/x-mot to
                        renewed mot for SJ (26-1). cc: cnsl

   28 -  1   10/27/05   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 05/22/06; Dispositive motions deadline 06/22/06; Estimate of
                        trial 7-21 days. cc: cnsl

ACRS: R_VDSDX                    As of 12/01/05 at 3:26 PM by GARRY                       Page 2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0103--CV (JKS)
                            "ALLSTATE INS CO V JAMES A. BAILEY II ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 1 | 10/31/05 | DEF 2 motion to join def Bailey's mot to dismiss. |
| 30 - 1 | 11/02/05 | PLF 1 Stipulation for ext of time to 11/21 to file reply & oppo to mot to Bailey's Motion to Dismiss, Motion to Certify to the Ak Supreme Crt & oppo/x-motion to Allstate's Renewed Motion for SJ. |
| 31 - 1 | 11/03/05 | JWS Order granting Gary Dias' motion to join def Bailey's mot to dismiss (29-1). cc: cnsl |
| 32 - 1 | 11/03/05 | PLF 1 motion for summary judgment based on criminal acts exclusion w/att memo & exhs. |
| 30 - 2 | 11/04/05 | JWS Order granting stipulation for ext of time to 11/21 to file reply & oppo to Bailey's Motion to Dismiss, Motion to Certify to the Ak Supreme Crt & oppo/x-motion to Allstate's Renewed Motion for SJ. (30-1). cc: cnsl |
| 33 - 1 | 11/14/05 | PLF 1; DEF 1 Stipulation for ext of time until 12/2/05 for Bailey to file reply to cross-mot for sj & oppo to plf's mot for sj re: criminal acts exclusion. |
| 34 - 1 | 11/17/05 | DEF 2 opposition to PLF 1 motion for summary judgment based on criminal acts exclusion (32-1) w/att exhs. |
| 33 - 2 | 11/18/05 | JWS Order granting stipulation for ext of time until 12/2/05 for Bailey to file reply in support of his cross mot for sj and his oppo to plf's mot for sj (33-1). cc: cnsl |
| 35 - 1 | 11/21/05 | PLF 1 Unopposed motion for ext of time to file reply & oppo to mot to dsmss & mot to certify & oppo/x-mot to renewed mot for SJ. |
| 36 - 1 | 11/28/05 | PLF 1; DEF 1 Stipulation for ext of time to 12/16 to file reply to mot for SJ. |
| 37 - 1 | 11/28/05 | PLF 1 reply to opposition to PLF 1 motion for summary judgment based on criminal acts exclusion (32-1) w/att exhs. |
| 38 - 1 | 11/29/05 | JKS Order granting unopposed motion for ext of time to 12/8/05 to file reply & oppo to mot to dsmss & mot to certify & oppo/x-mot to renewed mot for SJ. (35-1). |