FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -7 PM 4: 04

Alfred Clayton, Jr.
BLISS, WILKENS & CLAYTON
500 L Street, Suite 200
Anchorage, Alaska  99501
Telephone:  276-2999
Facsimile:  276-2956

Counsel for Plaintiff
Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANY,       )
                                  )
            Plaintiff,            )
                                  )
    vs.                           )
                                  )
JAMES ALBERT BAILEY, II, and      )
GARY W. DIAS,                     )
            Defendants.           )   Case No. A05-103 CV (JKS)
_____)

### ERRATA TO MEMORANDUM IN SUPPORT OF
### ALLSTATE'S RENEWED MOTION FOR SUMMARY JUDGMENT

Allstate's memorandum in support of its renewed motion for summary judgment, filed September 14, 2005, inadvertently refers to two different orders from the <u>Allstate v. Fratis</u> case as Exhibit H to the summary judgment memorandum. The May 24, 2002 Order was attached to the memorandum as Exhibit H. The June 17, 2002 Order, referred to on pages 7 and 8 should have been identified as Exhibit I and attached to the memorandum. A copy is attached to this Errata as exhibit I. The Order will also be attached as an exhibit to Allstate's Opposition to

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

39

Bailey's Motion to Dismiss/Cross-Motion to Allstate's Renewed Motion for Summary Judgment.

DATED this 7th day of December, 2005, at Anchorage, Alaska.

                              BLISS, WILKENS & CLAYTON
                              Counsel for Plaintiff
                              Allstate Insurance Company

                              By: _____
                                  Alfred Clayton, Jr.
                                  ABA No. 9111079

CERTIFICATE OF SERVICE

I certify that on this 7th day of December, 2005, a copy of the foregoing was served by mail on:

    M.R. Spikes
    Attorney at Law
    1050 Plymouth Circle
    Wasilla, AK 99654

    Jonathon A. Katcher
    Pope & Katcher
    421 West First Avenue, Suite 220
    Anchorage, AK  99501

_____

N:\AKB\854\459\PLEADINGS\ERRATA.SJ.Exhibit.doc

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Errata to Memorandum in Support of Allstate's Renewed Motion for Summary Judgment
*Allstate Insurance Company v. James Albert Bailey, et al.*
Case No. A05-103 CV (JKS)
Page 2 of 2