Jonathon A. Katcher
Alaska Bar No. 8111104
Pope & Katcher
421 W. First Ave., Suite 220
Anchorage, AK 99501
907-272-8577

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 3:32

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES ALBERT BAILEY, II and ) <br> GARY W. DIAS, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. A05-0103 CI (JKS) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

COME NOW defendant James Bailey (Bailey) and plaintiff Allstate and hereby stipulate that Bailey may have an extension until January 9, 2006 to file his reply in support of his October 17, 2005 cross motion for summary judgment, ~~and his opposition to Allstate's November 3, 2005 motion for summary judgment regarding the criminal acts exclusion.~~ See order at docket # 42.

DATED this 13 day of December 2005, at Anchorage, Alaska.

POPE & KATCHER
Attorneys for Defendant
James Albert Bailey, II

By _____
Jonathon A. Katcher
Alaska Bar No. 8111104

STIPULATION AND ORDER FOR EXTENSION OF TIME
*Allstate v. Bailey and Dias*, A05-103 (JKS)   PAGE 1

41

DATED this 13 day of December 2005, at Anchorage, Alaska.

BLISS, WILKENS & CLAYTON
Attorneys for Plaintiff
Alstate Insurance Company

By _____
Alfred Clayton, Jr.
Alaska Bar No. 9111079

FILED
DEC 1 5 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

ORDER

IT IS SO ORDERED this 14 day of December, 2005, at Anchorage, Alaska.

_____
James K. Singleton
United States District Court Judge

Certificate of Service

I hereby certify that on the 13 day of December, 2005, I mailed/hand delivered the foregoing to counsel of record:

M.R. Spikes
Attorney at Law
1050 Plymouth Circle
Wasilla, AK 99654

_____
Jonathon A. Katcher

A05-0103--CV (JKS)   am 12-15-05
J. KATCHER
A. CLAYTON JR (BLISS)
M. SPIKES

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

STIPULATION AND ORDER FOR EXTENSION OF TIME
*Allstate v. Bailey and Dias*, A05-103 (JKS)                                              PAGE 2