Alfred Clayton, Jr.
BLISS, WILKENS & CLAYTON
500 L Street, Suite 200
Anchorage, Alaska  99501
Telephone:  276-2999
Facsimile:  276-2956
E-mail: atc@bwclawyers.com

Counsel for Plaintiff
Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES ALBERT BAILEY, II, and )<br>GARY W. DIAS, )<br>)<br>Defendants. )<br>_____) | Case No. 3:05-CI-103-JKS |

**STATUS REPORT AND NOTICE OF SETTLEMENT**

The parties to this action, their counsel and related parties recently engaged in a settlement conference with Alaska Superior Judge John Suddock which resulted in a global settlement of the issues in this action and the issues in the underlying consolidated tort actions.  The parties are preparing and will be exchanging papers documenting the settlement.  The parties expect that the

exchange can be concluded and final closing papers filed in this action within the next 60 days. Accordingly, the parties request a stay of all proceedings in this matter and that the Court issue an order directing that final closing papers or a further status report be filed on or before March 3, 2006.

The parties, through their respective counsel, asked undersigned counsel to make this report at the conclusion of the settlement conference.

DATED this 6th day of January, 2006, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail: atc@bwclawyers.com
Phone: (907) 276-2999
Fax:   (907) 276-2956
[ABA No. 9111079]

CERTIFICATE OF SERVICE

I certify that on this 6th day of
January, 2006, a copy of the
foregoing STATUS REPORT AND NOTICE
OF SETTLEMENT was served electronically
on:

    M.R. Spikes
    Jonathon A. Katcher


s/Alfred Clayton, Jr.


N:\AKB\854\459\PLEADINGS\Settle.Notice.doc