# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  ALLSTATE INSURANCE CO.  </u>   v.   <u> JAMES ALBERT BAILEY, II, et al. </u>

THE HONORABLE JAMES K. SINGLETON, JR.

Deputy Clerk                                                     CASE NO.  <u> 3:05-CV-0103-JKS </u>

<u> Dan Maud </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**      DATE: January 6, 2006

     The court has received a status report dated <u> January 6, 2006 </u>. The report is accepted.

     In light of the status report and notice of settlement, Clerk's Docket No. 43, all matters pending are hereby stayed. A further status report shall be filed by counsel for plaintiff on or before <u> March 3, 2006 </u>, unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}