Alfred Clayton, Jr.
BLISS, WILKENS & CLAYTON
500 L Street, Suite 200
Anchorage, Alaska  99501
Telephone:  276-2999
Facsimile:  276-2956
E-mail: atc@bwclawyers.com

Counsel for Plaintiff
Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JAMES ALBERT BAILEY, II, and | ) |
| GARY W. DIAS, | ) |
| | ) |
| Defendants. | )  Case No. 3:05-CI-103-TMB |
| _____ | ) |

**NOTICE OF STATUS OF SETTLEMENT**

The parties to this action are preparing a stipulation for dismissal which will be filed with the Court as soon as all parties have consented.  We expect this will be accomplished before March 24, 2006.

DATED this 2nd day of March, 2006, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail: atc@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 9111079]

CERTIFICATE OF SERVICE

I certify that on this 2nd day of March, 2006, a copy of the foregoing was served electronically on:

    Jonathon A. Katcher

and by regular U.S. mail on:

    M. R. Spikes
    1050 Plymouth Circle
    Wasilla, AK   99656

s/Alfred Clayton, Jr.

N:\AKB\854\459\PLEADINGS\Status of Settle.Notice.doc