```
Alfred Clayton, Jr.
BLISS, WILKENS & CLAYTON
500 L Street, Suite 200
Anchorage, Alaska  99501
Telephone:  276-2999
Facsimile:  276-2956
E-mail: atc@bwclawyers.com

Counsel for Plaintiff
Allstate Insurance Company
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,          )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>    vs.                               )<br>                                      )<br>JAMES ALBERT BAILEY, II, and         )<br>GARY W. DIAS,                         )<br>                                      )<br>            Defendants.               )  Case No. 3:05-CI-103-TMB<br>_____) | |

**NOTICE OF STATUS OF SETTLEMENT**

The parties to this action are waiting on a response from Mr. Spikes, counsel for defendant Gary Dias, in the preparation of the stipulation for dismissal.  The stipulation for dismissal will be filed with the Court as soon as the consent from Mr. Spikes is received.

DATED this 24th day of March, 2006, at Anchorage, Alaska.

```
                              By:  s/Alfred Clayton, Jr.

                              BLISS, WILKENS & CLAYTON
                              Counsel for Plaintiff
                              Allstate Insurance Company
                              500 L Street, Suite 200
                              Anchorage, AK   99501
                              E-mail:  atc@bwclawyers.com
                              Phone: (907) 276-2999
                              Fax:   (907) 276-2956
                              [ABA No. 9111079]
```

CERTIFICATE OF SERVICE

I certify that on this 24th day of
March, 2006, a copy of the
foregoing was served electronically
on:

    Jonathon A. Katcher

and by regular U.S. mail on:

    M. R. Spikes
    1050 Plymouth Circle
    Wasilla, AK   99656


s/Alfred Clayton, Jr.



N:\AKB\854\459\PLEADINGS\Status of Settle.Notice.doc