Alfred Clayton, Jr.
BLISS, WILKENS & CLAYTON
500 L Street, Suite 200
Anchorage, Alaska  99501
Telephone:  276-2999
Facsimile:  276-2956
E-mail: atc@bwclawyers.com

Counsel for Plaintiff
Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>Plaintiff,       )<br>)<br>vs.                         )<br>)<br>JAMES ALBERT BAILEY, II, and )<br>GARY W. DIAS,                )<br>)<br>Defendants.   )<br>_____) | Case No. 3:05-CI-103-TMB |

**NOTICE OF STATUS OF SETTLEMENT**

This case has been settled.  On March 3, 2006, Allstate Insurance Company, through counsel, sent to all parties a draft stipulation for dismissal of this case with prejudice.  Defendant Bailey promptly consented to filing of the stipulation.  Despite inquiries, there has been no response to the proposed stipulation from Defendant Dias.

In accord with the Court's order dated March 28, 2006, all claims which were asserted or could have been asserted in this action should now be dismissed with prejudice, with each party to bear its own costs and fees.

DATED this 24th day of April, 2006, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail: atc@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 9111079]

CERTIFICATE OF SERVICE

I certify that on this 24th day of April, 2006, a copy of the foregoing was served electronically on:

    Jonathon A. Katcher

and by regular U.S. mail on:

    M. R. Spikes
    1050 Plymouth Circle
    Wasilla, AK   99656

s/Alfred Clayton, Jr.

N:\AKB\854\459\PLEADINGS\Status of Settle.Notice.3.doc