```
Alfred Clayton, Jr.
BLISS, WILKENS & CLAYTON
500 L Street, Suite 200
Anchorage, Alaska  99501
Telephone:  276-2999
Facsimile:  276-2956
E-mail: atc@bwclawyers.com

Counsel for Plaintiff
Allstate Insurance Company
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>           Plaintiff, )<br>)<br>  vs. )<br>)<br>JAMES ALBERT BAILEY, II, and )<br>GARY W. DIAS, )<br>)<br>           Defendants. )<br>_____) | Case No. 3:05-CI-103-TMB |

**NOTICE OF STATUS**
**PURSUANT TO MAY 8, 2006 ORDER**

On April 24, 2006, Plaintiff filed a Notice of Status of Settlement with the Court.

DATED this 19th day of May, 2006, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK  99501
E-mail: atc@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 9111079]

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 19th day of May, 2006, a copy of the foregoing was served electronically on:

    Jonathon A. Katcher

and by regular U.S. mail on:

    M. R. Spikes
    1050 Plymouth Circle
    Wasilla, AK   99656

<u>s/Alfred Clayton, Jr.</u>

N:\AKB\854\459\PLEADINGS\Status.Response to Order.doc

NOTICE OF STATUS
*Allstate Insurance Company v. James Albert Bailey, II, and Gary W. Dias*; Case No. 3:05-CI-103-TMB
Page 2 of 2