IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE CO.,<br><br>                Plaintiff,<br>   vs.<br><br>JAMES ALBERT BAILEY, II,<br>GARY W. DIAS<br>                Defendant. | Case No. 3:05-CV-00103-TMB<br><br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

      ___     **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

     XXX     **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice with all parties to bear their own costs and fees.

APPROVED:

s/ Timothy Burgess
   **TIMOTHY M. BURGESS**
   United States District Judge

| | |
|---|---|
| 7/12/06 | IDA J. ROMACK |
| Date | Clerk |