IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ALLSTATE INSURANCE CO., Plaintiff, vs. JAMES ALBERT BAILEY, II, GARY W. DIAS Defendant. | Case No. 3:05-CV-00103-TMB **JUDGMENT IN A CIVIL CASE** |
|---|---|

   ___    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   XXX    **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice with all parties to bear their own costs and fees.

APPROVED:

s/ Timothy Burgess
   **TIMOTHY M. BURGESS**
   United States District Judge

| 7/12/06 | IDA J. ROMACK |
|---|---|
| Date | Clerk |